**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON RODRIGUEZ, MAYRA RODRIGUEZ and ERICKA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>    v<br><br>DOWNEY SAVINGS & LOAN,<br><br>    Defendant. | No   C 09-0305 WHA |
| NELSON RODRIGUEZ, MAYRA RODRIGUEZ and ERICKA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>    v<br><br>AMERICA'S SERVICING COMPANY,<br><br>    Defendant. | No   C 09-0306 MMC |
| NELSON RODRIGUEZ, MAYRA RODRIGUEZ and ERICKA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>    v<br><br>DOWNEY SAVINGS & LOAN,<br><br>    Defendant. | No   C 09-0307 JCS<br><br>ORDER |

```
NELSON RODRIGUEZ, MAYRA RODRIGUEZ          No    C 09-0308 EMC
and ERICKA RODRIGUEZ,
                                                 ORDER
        Plaintiffs,

        v

LEHMAN BROTHERS BANK, FSB and
AURORA LOANS/US BANK NATIONAL
ASSOCIATION,

        Defendants.
_____

NELSON RODRIGUEZ and MAYRA                 No    C 09-1192 BZ
RODRIGUEZ,
                                                 ORDER
        Plaintiffs,

        v

WACHOVIA,

        Defendant.
_____

NELSON RODRIGUEZ and MAYRA                 No    C 09-1193 JL
RODRIGUEZ,
                                                 ORDER
        Plaintiffs,

        v

WACHOVIA,

        Defendant.
_____

ERICKA RODRIGUEZ,
                                           No    C 09-1213 MHP
        Plaintiff,
                                                 ORDER
        v

DHI MORTGAGE COMPANY LPD, LP,

        Defendant.
_____/
```

The above-captioned cases involve various pieces of property claimed to be owned by Nelson, Mayra and Ericka Rodriguez. Cases C 09-0305 WHA, C 09-0306 MMC, C 09-0307 JCS and C 09-308 EMC raise substantially similar tort claims, and cases C 09-1192 BZ, C 09-1193 JL and C 09-1213 MHP raise substantially similar civil rights claims. In each case, the plaintiffs are: Nelson, Mayra and Ericka Rodriguez; Nelson and Mayra Rodriguez; or Ericka Rodriguez. The defendants are various financial institutions.

The cases appear related under Civ LR 3-12(a) as they involve substantially similar parties and events. Further, conducting the cases before different judges would likely cause an "unduly burdensome duplication of labor." Civ LR 3-12(a)(2). Accordingly, the parties are ORDERED to SHOW CAUSE in writing within ten days of the date of this order why the cases should not be related. If the parties do not respond to this order, the cases will be related.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge