**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON V. RODRIGUEZ, MAYRA RODRIGUEZ | No. C 09-01192 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE DEADLINE FOR RESPONSE TO DEFENDANT'S MOTION TO DISMISS** |
| WACHOVIA AND DOE DEFENDANTS 1-10, | |
| Defendants. | |

On May 18, 2009, defendant Wachovia Mortgage, FSB filed a motion to dismiss plaintiffs' complaint. The motion was noticed for a hearing on June 25, 2009. Plaintiffs' response was due on June 4, 2009, but a response has not been received. Ordinarily, the Court would grant the motion, but the Court will provide the *pro se* plaintiffs with more time. Plaintiffs' response is now due by **JUNE 19, 2009 AT NOON**. Defendant's reply is due by **JUNE 26, 2009 AT NOON**. Plaintiffs' continued failure to respond will likely result in dismissal of this action. There will be no hearing on the motion unless the Court finds it necessary after reviewing the briefing.

**IT IS SO ORDERED.**

Dated: June 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE